K. DENNY COLVIN
Attorney at Law
PO Box 1265
Yakima, WA 98907
509-575-3622 (fax)
509-575-0280
rebecca@colvinlawoffice.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>RODRIGUEZ, Emigdio<br><br>Debtor(s) | Case No.: 16-01663<br><br>**MODIFICATION OF PLAN AND CERTIFICATE OF NO ADVERSE AFFECT** |

Debtor modifies the Plan previously filed in these proceedings in the following respects:

1. The priority claim for child support arrearages filed by the Division of Child Support shall be paid prorata.
2. If the debtor receives any funds from the pending class action with Wells Fargo Auto Loan, those funds shall be applied to the funding of the plan and disbursed to the creditors herein.
3. Debtor's plan shall be a 100% plan.
4. The post-petition mortgage fees in the claim amount of $167.81 filed by US Bank shall be paid prorata herein.

CERTIFICATE OF NO ADVERSE AFFECT -- Debtor certifies that this Modification of Plan has no adverse effect upon the creditors. All other aspects of the Plan remain unchanged. It is certified that the Modified Plan proposes to be completed within five years after the time that first payment under the original confirmed plan was due. It is further certified that this Notice has been served upon all affected entities.

DATED: September 10, 2019
/s/ K. Denny Colvin
K. DENNY COLVIN, WSBA 6827

MODIFICATION OF PLAN AND
CERTIFICATE OF NO ADVERSE AFFECT        1